UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Eukarys Medina, individually and on behalf of all
others similarly situated,

                Plaintiff,                              JUDGMENT

        v.                                              22-CV-07388 (DG) (TAM)

Costco Wholesale Corporation,

                Defendant.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Diane Gujarati, United States District Judge, having been filed on July 25, 2024, granting Defendant's Motion to Dismiss, ECF No. 21; and dismissing the Amended Complaint, ECF No. 11; it is

        ORDERED and ADJUDGED that Defendant's Motion to Dismiss, ECF No. 21, is granted; and that the Amended Complaint, ECF No. 11, is dismissed.

Dated: Brooklyn, NY                                                    Brenna B. Mahoney
       July 26, 2024                                                      Clerk of Court

                                                                          By: */s/Jalitza Poveda*
                                                                                  Deputy Clerk